UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELMER SHAMBA STALLINGS,

        Petitioner,

v.                         CASE NO. 08-cv-13987
                          HON. PATRICK J. DUGGAN

MARY BERGHUIS,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date finding no merit to the claims asserted in Petitioner's application for the writ of habeas corpus,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

DATE: March 5, 2010              s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Elmer Shamba Stallings, #580708
Earnest C. Brooks Correctional Facility
2500 S. Sheridan Drive
Muskegon, MI 49444

Debra M. Gagliardi, Esq.